William Dolezal, Plaintiff, v. Illinois Power Company and Illiana Construction Company, Inc., Defendants.
Illinois Power Company, Counter-Plaintiff, v. Illiana Construction Company, Inc., Counter-Defendant.
Illinois Power Company, Third Party Plaintiff-Appellant, v. R. D. Wilson and E. M. Anderson, Copartners Doing Business as Wilson and Anderson, Third Party Defendants-Appellees.

Gen. No. 10,278.

Third District.
May 18, 1960.

Wheat, Hatch & Corazza (James H. Wheat and Harold A. Baker, of counsel) for appellant; Busch, Harrington, and Porter, for appellees. Opinion by JUDGE CARROLL. **Not to be published in full.**